**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  William J. Veverka Jr. aka William J. Veverka<br>Debtor(s) | |
| | BK. NO. 14-22544 GLT |
| Toyota Motor Credit Corporation<br><div align="center">Movant</div> | CHAPTER 13 |
| <div align="center">v.</div> | |
| William J. Veverka Jr. aka William J. Veverka<br><div align="center">Respondent</div> | |
| <div align="center">and</div> | |
| Ronda J. Winnecour, Trustee<br><div align="center">Additional Respondent</div> | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on May 2, 2017, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Kenneth Steidl, Esq.
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

U.S. Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, Pa 15222

William J. Veverka Jr. aka William J. Veverka
5416 Halchess Street
Pittsburgh, PA 15207

Method of Service:        Mail first class; Specify if other:

Date:  May 2, 2017

**/s/ James C. Warmbrodt, Esquire____**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(412) 430-3594
Attorney for Movant/Applicant