IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



FILED
JUN 15 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Case No.: | 14-22544-GLT |
| | Chapter: | 13 |
| William J. Veverka, Jr. | | |
| | Date: | 6/14/2017 |
| Debtor(s). | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #50 - Motion for Relief from Stay filed by Toyota Motor Credit Corporation
            #55 - Response filed by the Debtor

**APPEARANCES:**
   Debtor:    Julie Steidl
   Trustee:   Richard Bedford
   Toyota:    Lauren Karl

**NOTES:**

Karl - Two payments to Toyota were missed. About $1,700 in arrears owed. Plan payments are coming in, but are short of the full payment amount.

Steidl - Wage attachment is in place but there was a glitch early on in the case. Unsure why plan payments are short. The Debtor is current with his payments. Has paid $11,000 into the plan.

Bedford - Plan arrears of about $3,559. Wages are remitting bi-weekly for a total of about $1,041 per month.

**OUTCOME:**

1. Debtor to file an amended plan within 30 days and set for conciliation conference.
2. MFRS continued to date of conciliation conference.
(HT to prepare).

**DATED:** 6/14/2017