IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-22544 GLT |
| William J. Veverka, Jr. ) | Chapter 13 |
| aka William J. Veverka, ) | |
|    *Debtor* ) | |
| ) | Related to Docket No. 57 & 64 |

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on June 22, 2017, a true and correct copy of the *Order of Court dated June 14, 2017 and the Amended Plan dated June 20, 2017* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    June 22, 2017        /s/ Kenneth Steidl
                                                              Kenneth Steidl, Esquire
                                                              STEIDL & STEINBERG
                                                              28th Floor, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              ken.steidl@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 14-22544-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jun 22 14:04:05 EDT 2017 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 |
| Citizens Bank<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886-1321 | Citizens Bank<br>P.O. Box 42115<br>Providence, RI 02940-2115 | Duquesne Light Company<br>c/o Peter J. Ashcroft<br>2200 Gulf Tower<br>Pittsburgh, PA 15219 |
| Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | Leon P. Haller<br>Purcell, Krug & Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| LVNV Funding, LLC its successors and assigns<br>assignee of North Star Capital<br>Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | One Main Financial<br>Attn: Bankruptcy Center<br>P.O. Box 140069<br>Irving, TX 75014-0069 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | Pittsburgh Water & Sewer Authority<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 |
| U.S. Bank, National Association, Trustee for<br>Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | US Department of Education<br>c/o Great Lakes Collection Agency<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 |
| William J. Veverka Jr.<br>5416 Halchess Street<br>Pittsburgh, PA 15207-2310 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409-8026

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Pennsylvania Housing Finance Agency        (u)Pittsburgh Water & Sewer Authority        (u)Toyota Motor Credit Corporation

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26