IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-22544 GLT |
| William J. Veverka, Jr., ) | Chapter 13 |
| *Debtor* ) | Related to Document No. 63 |
| ) | |
| William J. Veverka, Jr., ) | |
| Social Security No. XXX-XX-6629 ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Jones, Lang and LaSalle and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 23, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Jones, Lang and LaSalle
Attn: Payroll Department
200 East Randolph St, JLL-45th Fl.
Chicago, IL 60601

Date of Service:    June 23, 2017        /s/ Kenneth Steidl
                                          Kenneth Steidl, Esquire
                                          STEIDL & STEINBERG
                                          28th Floor, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com