FILED
8/23/17 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>William J. Veverka Jr. aka William J. Veverka,<br>　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation,<br>　　　　　　　Movant<br>　　vs.<br><br>William J. Veverka Jr. aka William J. Veverka,<br>　　　　　　　Respondent<br><br>Ronda J. Winnecour,<br>　　　　　　　Chapter 13 Trustee | Case No. 14-22544-GLT<br><br>CHAPTER 13<br><br>Related to Document 50 and 67 |

**ORDER OF COURT**

　　　AND NOW, this __23rd__ day of __August__, 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: 8/23/17

　　　　　　　　　　　　　　　　　　　　　　　_____ J.
　　　　　　　　　　　　　　　　　　　　　　　GREGORY L. TADDONIO
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Consented to by:

| | |
|---|---|
| */s/ Julie Steidl, Esquire*<br>Julie Steidl, Esquire<br>Attorney for Debtor<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Phone: 412-391-8000<br>julie.steidl@steidl-steinberg.com | */s/ James C. Warmbrodt, Esquire*<br>James C. Warmbrodt, Esquire<br>Attorney for Movant<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Phone: 215-627-1322<br>jwarmbrodt@kmllawgroup.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22544-GLT
William J. Veverka, Jr.                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy         Page 1 of 1              Date Rcvd: Aug 23, 2017
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
db             +William J. Veverka, Jr.,    5416 Halchess Street,    Pittsburgh, PA 15207-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor William J. Veverka, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7