**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

04/03/2019

IN RE:

WILLIAM J. VEVERKA, JR.
5416 HALCHESS STREET
PITTSBURGH, PA  15207
XXX-XX-6629          Debtor(s)

Case No. 14-22544 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/3/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 193.79 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5003 |
| **US BANK NA TRUSTEE FOR PHFA\*\*** <br> ATTN: LOAN SERVICING <br> PO BOX 15057 <br> HARRISBURG, PA 17105-5057 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL\*DKT4PMT-LMT\*LATE\*BGN 7/14 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 3764 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)** <br> POB 9490\*\* <br> CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 3   INT %: 6.25% <br> Court Claim Number: 1 <br> CLAIM: 18,677.40 <br> COMMENT: 027-BC730307\*$/PL-CL@6.25%@K-TRMS/PL~PL NT K\*DK | CRED DESC: VEHICLE <br> ACCOUNT NO.: 0307 |
| **CITIZENS BANK NA(\*)** <br> 1 CITIZENS DR <br> MS ROP15B <br> RIVERSIDE, RI 02915 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 8,702.38 <br> COMMENT: LOAN BGN 11/30/12 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9982 |
| **ALTAIR OH XIII LLC** <br> C/O WEINSTEIN PINSON & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 6,748.90 <br> COMMENT: CITIBANK/OPHRYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4052 |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> PO BOX 790321 <br> ST LOUIS, MO 63197-0321 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 5-2 <br> CLAIM: 7,360.40 <br> COMMENT: AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6629 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 680.64 <br> COMMENT: NT/SCH\*CAP ONE/NORTH STAR\*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7866 |
| **US BANK NA TRUSTEE FOR PHFA\*\*** <br> ATTN: LOAN SERVICING <br> PO BOX 15057 <br> HARRISBURG, PA 17105-5057 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 2,520.32 <br> COMMENT: $/PL-CL@PHFA\*LATE\*THRU 6/14 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 3764 |
| **PITTSBURGH WATER & SEWER AUTH\*** <br> C/O JORDAN TAX SERVICE INC\* <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 6-2 <br> CLAIM: 0.00 <br> COMMENT: 185-K-225;13,14\*40.25@10%/PL\*AMD CL=0\*PIF | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: K225 |