IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| William J. Veverka, Jr. | ) |
|  | ) Case No.: 14-22544GLT |
|  | ) Chapter 13 |
| Debtor(s) | ) |
|  | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Related to Claim No. 4 |
| Movant, | ) |
| Vs. | ) |
| LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC | ) |
| Respondent(s) | ) |

**AMENDED NOTICE OF HEARING WITH RESPONSE
DEADLINE ON TRUSTEE'S OBJECTION TO CLAIM NO. 4**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than **May 24, 2019**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on **June 5, 2019, at 10:30 a.m. by Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 4-25-2019 | Ronda J. Winnecour (PA I.D. #30399) |
| date | Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 471-5566 |
|  | cmecf@chapter13trusteewdpa.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>William J. Veverka, Jr.<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>      Vs.<br>LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC<br>    Respondent(s) | Case No.: 14-22544GLT<br>Chapter 13<br><br><br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading with attached Notice of Hearing and proposed Order of Court upon the following, by First Class United States mail, postage prepaid:

William J. Beverka, Jr.
5416 Halchess Street
Pittsburgh, PA 15207

Kenneth Steidl, Esq.
Steidl & Steinburg
Gulf Tower STE 2830
707 Grant Street
Pittsburgh, PA 15219

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
Attn: Susan Grimes, Claims Processor
Po Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
55 Beattie Place #110
Greenville, SC 29601

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

<u>4-25-2019</u>　　　　　　　　　　　　　　　　/S/ <u>Leslie Carilli</u>
Date　　　　　　　　　　　　　　　　　　　Administrative Assistant
　　　　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　US Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　412) 471-5566
　　　　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewd