IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| William J. Veverka, Jr. | ) | |
| | ) | Case No.: 14-22544GLT |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 4 |
| Trustee, | ) | |
| Movant, | ) | |
| Vs. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of North Star | ) | |
| Capital Acquisition LLC | ) | |
| Respondent(s) | ) | |

## *AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the attached Notice of Hearing the following, by First Class United States mail, postage prepaid:

*William J. Veverka, Jr.
5416 Halchess Street
Pittsburgh, PA 15207

Kenneth Steidl, Esq.
Steidl & Steinburg
Gulf Tower STE 2830
707 Grant Street
Pittsburgh, PA 15219

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
Attn: Susan Grimes, Claims Processor
Po Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
55 Beattie Place #110
Greenville, SC 29601

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

<u>4-25-2019</u>              /S/ <u>Leslie Carilli</u>
Date                     Administrative Assistant
                         Office of the Chapter 13 Trustee
                         US Steel Tower – Suite 3250
                         600 Grant Street
                         Pittsburgh, PA  15219
                         412) 471-5566
                         cmecf@chapter13trusteewd