IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William J. Veverka, Jr.                            )
                                                )     Case No.: 14-22544GLT
                                                )     Chapter 13
         Debtor(s)              )
_____)
Ronda J. Winnecour, Chapter 13    )     Related to Claim No. 4
Trustee,                                              )
       Movant,                             )
          Vs.                                    )
LVNV Funding, LLC its successors and )
assigns as assignee of North Star     )
Capital Acquisition LLC               )
       Respondent(s)                  )

**CERTIFICATION OF NO OBJECTION REGARDING**
**TRUSTEE'S OBJECTION TO CLAIM NO. _4**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on April 24, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than May 24, 2019.

5-28-2019                                       /s/ Ronda J. Winnecour
                                                Ronda J. Winnecour
                                                Chapter 13 Trustee PA I.D.#30399
                                                U.S. Steel Tower- Suite 3250
                                                600 Grant Street
                                                Pittsburgh PA  15219
                                                cmecf@chapter13trusteewdpa.com