IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| William J. Veverka, Jr. ) | |
| ) | Case No.: 14-22544GLT |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____ ) | Related to Doc. 85 |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 4 |
| Trustee, ) | |
| Movant, ) | |
| Vs. ) | |
| LVNV Funding, LLC its successors and ) | |
| assigns as assignee of North Star ) | Hrg: June 5, 2019 |
| Capital Acquisition LLC ) | A 10:30 a.m. |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Order on the parties at the addresses specified below on **May 30, 2019.**

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

William J. Veverka, Jr.
5416 Halchess Street
Pittsburgh, PA 15207

Kenneth Steidl, Esq.
Steidl & Steinburg
Gulf Tower STE 2830
707 Grant Street
Pittsburgh, PA 15219

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
Attn: Susan Grimes, Claims Processor
Po Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC Assignee
c/o Resurgent Capital Services
55 Beattie Place #110
Greenville, SC 29601

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

|  |  |
|---|---|
| 5-30-2019<br>Date | **BY:**   /s/ Leslie Carilli<br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>Suite 3250, U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412-471-5566<br>cmecf@chapter13trusteewdpa.com |