IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William J. Veverka, Jr., ) | Case No. 14-22544 GLT |
| Debtor(s) ) | Chapter 13 |
| ) | Related to Document No. 88 |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| William J. Veverka, Jr. ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 11, 2019, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

William J. Veverka, Jr.
5416 Halchess Street
Pittsburgh, PA 15207

Jones Lang Lasalle Svcs
Attn: Payroll Manager
200 E. Randolph Drive
Chicago, IL 60601

Date of Service:    July 11, 2019

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965