**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. VEVERKA, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-22544<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 27, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/24/2014 and confirmed on 8/21/14. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,532.50 |
| Less Refunds to Debtor | 723.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,808.92 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 2,565.41 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,565.41 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 0.00 | 27,295.00 | 0.00 | 27,295.00 |
|     Acct: 3764 | | | | |
|   US BANK NA TRUSTEE FOR PHFA** | 2,520.32 | 2,520.32 | 0.00 | 2,520.32 |
|     Acct: 3764 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K225 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 18,677.40 | 18,677.40 | 3,207.50 | 21,884.90 |
|     Acct: 0307 | | | | |
| | | | | 51,700.22 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. VEVERKA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. VEVERKA, JR. | 723.58 | 723.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 193.79 | 21.43 | 0.00 | 21.43 |
|     Acct: 5003 | | | | |
|   CITIZENS BANK NA(*) | 8,702.38 | 962.06 | 0.00 | 962.06 |
|     Acct: 9982 | | | | |
|   ALTAIR OH XIII LLC | 6,748.90 | 746.10 | 0.00 | 746.10 |
|     Acct: 4052 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 7,360.40 | 813.70 | 0.00 | 813.70 |
|     Acct: 6629 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7866 | | | | |

14-22544 Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 2,543.29 |

TOTAL PAID TO CREDITORS                                                                                                  54,243.51

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 21,197.72 |
| SECURED | 23,005.47 |

Date: 08/27/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　WILLIAM J. VEVERKA, JR.<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:14-22544<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-22544-GLT
William J. Veverka, Jr.                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel              Page 1 of 2              Date Rcvd: Aug 27, 2019
                                Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db           +William J. Veverka, Jr.,    5416 Halchess Street,    Pittsburgh, PA 15207-2310
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13900096     +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13876499      Citizens Bank,    P.O. Box 42115,    Providence, RI 02940-2115
13876500     +One Main Financial,    Attn: Bankruptcy Center,    P.O. Box 140069,    Irving, TX 75014-0069
13911349     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13876502    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,    P.O. Box 8026,
               Cedar Rapids, IA 52409-8026)
13885082      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
14134993     +U.S. Bank, National Association, Trustee for,    Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13906157      US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison WI 53708-8973
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13899666     +E-mail/Text: bncmail@w-legal.com Aug 28 2019 02:37:25     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13953627     +E-mail/Text: kburkley@bernsteinlaw.com Aug 28 2019 02:37:36      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13901669      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:39:48
               LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13876501     +E-mail/Text: blegal@phfa.org Aug 28 2019 02:37:19      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Pennsylvania Housing Finance Agency
cr            Pittsburgh Water & Sewer Authority
cr            Toyota Motor Credit Corporation
13876503     ##US Department of Education,    c/o Great Lakes Collection Agency,    P.O. Box 530229,
               Atlanta, GA 30353-0229
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R.  Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor William J. Veverka, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Aug 27, 2019
                               Form ID: pdf900             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                    TOTAL: 7

Case 14-22544-GLT    Doc 99    Filed 08/29/19    Entered 08/30/19 00:44:40    Desc Imaged
Certificate of Notice    Page 6 of 6